446 A.2d 677

Commonwealth v. Davis, Appellant.

Argued October 15, 1981.
Robert J. Tesone, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and MONTEMURO, JJ.

Judgment of sentence affirmed.

446 A.2d 678

Commonwealth v. Dennis, Appellant.

Submitted June 13, 1980. Peter A. Levin, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Judgment of sentence affirmed.

* At the time this case was before the Court, the Honorable Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania was sitting by designation.